# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
## (U.S. District Court, 222 W. 7th Avenue, Room 229, Box/Suite #4, Anchorage, AK 99513)

RECEIVED

JUN 16 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**Satish Dat Beast also known as
Go Go Satish** (Former President and
CEO of Alex Garcia Enterprises, Inc. (AGE)
as a Startup record Label with Its Principal
Place of Business (ppb) in Providence, Rhode
Island Upon the 2013 Filing of Articles of
Incorporation with Rhode Island Secretary
of State A. Ralph Mollis Declaring 20,000
Shares of Common Stock at $10.00 Par Value
Which Would Had a Stated Capital If and Only
If (iff) There was the Issuance and Subscription
of Stock in Over-The-Counter Markets (OTC)
Regulated by State Blue Sky Laws
and Uniform Securities Act of 1956
  Plaintiffs (Pro Se)

   v.

**Sabrina Carpenter as Grammy-Award
Winning Recording Artist,** The Grammys/
Recording Academy, Justice Ketanji Brown-
Jackson, Lady Gaga, VIvendi Universal,
Universal Music Group (UMG), NBC
Universal, General Electric, RCA, Comcast,
Recording Industry Association of America
(RIAA),
Cary Sherman

  Defendants,

C. A. No.: 3:26-cv-00237-ACP

)
)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for 500 billion dollars for the commission of the torts of public nuisance, industrial espionage, the tortious interference with business relations/contracts under the **Restatement (Third) of Torts and Federal Tort Claims Act (FTCA)** and looking for the equitable remedy of an injunction and/or declaratory judgment pursuant to **Rules 65 and 57 of Federal Rules of Civil Procedure (FRCP)**. In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) The plaintiff is certainly a brighter legal eagle than anybody on Cable News Network (CNN) including Jean Casarez and Vinnie Politan from the past, none of whom are on the level of the plaintiff's former bosses Pamela Cave, Esquire of Fairfax, Virginia featured in Lifetime Magazine as a family law attorney and former partner of Atchuthan Sris, P.C. as the former prosecutor for the town of Haymarket, Virginia as the plaintiff has litigated against Erin Burnett Outfront of CNN for the defamation (libel and slander) of Riley Curry as the daughter of Steph and Ayeshia Curry

2.) I learned from the **Google artificial intelligence (Gemini)** that the Universal Music Group (UMG) as the largest of the 3 record labels just had an **initial public offering (IPO)** in 2021 on a Dutch stock exchange known as EuroNext like the New York Stock Exchange (NYSE) or NASDAQ as an over-the-counter (OTC) market for technology stocks or **Dow Jones Industrial Average (DJIA)** or Standard & Poor's 500 (S&P 500) like Chicago Board of Exchange.

3.) Before that, the Universal Music Group (UMG) was a wholly-owned subsidiary of **Vivendi Universal of France** as a conglomerate that sold other Universal brands (like Universal studios in Orlando) to General Electric (GE) back in 2004 creating somewhat of a joint venture but more of a merger (than an acquisition) known as NBC UNiversal in which Vivendi Universal at that time retained about 20% of the stock and General Electric owned 80% of the stock of NBC Universal.

4.) Then, in the year 2011, General Electric sold NBC Universal to Comcast in which Comcast owned more than 51% of the NBC Universal joint venture and then Comcast purchased the remaining shares of NBC Universal from General Electric to own the joint venture NBC Universal 100%.

5.) This was all interesting to me because I had litigated against Universal Music Group (UMG) between the years of 2013 and 2020 involving the **Lewis Brisbois Law Firm of Fort Lauderdale (Vincent Alexexander)** and John Rose of Fox Rothschild in Atlanta making a pro hac vice appearance on behalf of Universal Music Group, Mr. William Roberts professional known as Rick ROss, Estate of Shakir Stewart (A&R for Island Def Jam Group) and **Island Def Jam Group at 1755 Broadway in New York** in which Senior Judge Virginia Hernandez-Covingston authorized the U.S. Marshals to serve process on Rick Ross and Universal Music Group at 1755 Broadway through U.S. Marshals and **Form USM-285 according to 28 U.S.C. Section 1915**.

6.) The lawsuit was in reference to Rick Ross's song "Billionaire" off of his album "Trilla" and my song "The Dilemma" off of my album Welcome to Atlantis distributed by Ditto Music of England (same company as **Ed Sheeran, Chance The Rapper, and Sam Smith as Grammy-nominated artists**). This copyright dispute was appealed to Eleventh Circuit at Elbert Tuttle Courthouse where Judge Robin Rosenbaum presided over the appeal involving jurisdictional issues (specific and general jurisdiction) from the **Sam Gibbons Courthouse in Tampa, Florida** transferred from Orlando by Judge Roy Dalton pursuant to **28 U.S.C. Section 1406**.

7.) I also learned that **City National Bank of California** provides funding for the three major record labels (Universal, Sony, Warner Music Group) as

perhaps seed money from angel investors or venture capitalists sometimes involving leveraged buyouts. Originally, there were 5 major record labels although EMI (parent corporation to Capitol records and Virgin Records) was probably acquired by the other 3 major record labels represented by the trade organization known as the **Recording Industry Association of America (RIAA)**.

8.) Because Bowie, Maryland is known for **JC Chasez of N Sync and Toni Braxton of Bowie State University**, I have attached JPEG images of myself and Mya Harrison at a WPGC Coat Drive in Bowie, Maryland (she is from Greenbelt and attended Eleeanor Roosevelt High School) and also another image of myself and Chuck Brown as the Godfather of Go Go. I am looking to finance a project whereby

9.) <u>**I have been sending Zelle payments to Miguel Vite of 664 Productions in Los Angeles as part of an installment or option contact with fully-binding offer, acceptance, and consideration**</u>.

10.) Miguel Vite also introduced me to a reggaeton producer in Los Angeles by the name of Choko Beats in which communicate with his Instagram page.

11.) Please note that I am **Presidential Candidate # P60005535** and I am currently litigating against Former President Barack for public nuisance in the following cases from the federal appeals courts (These case numbers are codes in my opinion to the highest level of litigation in American history (in my humble opinion)):

a..) 26-1648 (1:26cv65)
b.) 26-1672 (3:26cv3010)
c.) 26-1935 (4:26cv349)
d.) 26-1933 (1:26cv82)
e.) 26-2926 (3:26cv110)
f.) 26-3112 (3:26cv2047)
g.) 26-3049 (2:26cv2746)
h.) 26-5042 (4:26cv136)
i.) 26-6060 (5:26cv457)

j.) 26- 30217 (3:26cv260)
k.) 26-1372
l.) 26-1407 (5:26cv154)
m.) 26-1432 (5:26cv33)

Shaq O' Neal case is 26-1433 (for harassing Drake and Lou Amundson)
Governor of Virginia case is 26-1428 (5:26cv36)

## II.) PARTIES TO THIS LITIGATION

12.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland. His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

13.) The first defendant is Sabrina Carpenter as Grammy-Award Winning Recording Artist,

14.) The second defendant is The Grammys/Recording Academy,

15.) The third defendant is Justice Ketanji Brown-Jackson,

16.) The fourth defendant is Lady Gaga

## III.) JURISDICTION AND VENUE

17.) According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

18.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

19.) Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of New Jersey (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

20.) As an **Article III court**, the U.S. District Court for the District of Connecticut also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

21.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

22.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

23.) Because the amount in controversy does not exceeds $75,000 (i.e. $0 is less than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

24.) The Grammy Awards and Recording Academy do not seem to understand that they (The Grammys) are out of style.

25.) The former Grammys president Deborah Dugan has exposed The Grammy Awards for being discriminatory towards women and minorities.

26.) The superlawyer Douglas Wigdor of New York has filed a lawsuit against The Grammy Awards on behalf of Deborah Dugan.

27.) Douglas Wigdor has also filed lawsuit against the National Football League (NFL) on behalf of Brian Flores and Sean "P. Diddy" Combs on behalf of Cassandra "Cassie" Ventura.

28.) Indeed, nobody likes the Grammy Awards and the city of Los Angeles and CBS (Columbia Broadcasting System) are competing with other cities

and other music networks to establish dominance in a "new music business" which is not centered around Hollywood or network TV.

29.) In fact Ditto Music of England is the best distributor worldwide of recording artists such as Ed Sheeran, Chance The Rapper, and Sam Smith in addition to the plaintiff's albums

http://www.dittomusic.com

## V.) COUNT ONE: DEFAMATION (LIBEL AND SLANDER)

30.) The plaintiff believes that the Grammys and its recording artists like Sabrina Carpenter and Lady Gaga are committing defamation (libel and slander) and/or the dignitary tort of the invasion of privacy by talking about President Donald John trump in a negative manner which could be perceived as violation of the Alien and Sedition Acts.

## VI.) COUNT TWO: PUBLIC NUISANCE

31.) The plaintiff believes that the Grammys have become a public nuisance to everybody in the worl who understands that neither Los Angeles nor network TV (CBS) has any influence over a new music business whether other cities like Atlanta, Georgia and other companies like Ditto Music of England want to control the internet-based music business

http://www.dittomusic.com

## VII.) COUNT THREE: INDUSTRIAL ESPIONAGE

32.) The plaintiff believes that the Grammy Awards and network TV (ABC, CBS, NBC, Fox) are committing industrial espionage by trying to compete with a new music business with their outdated shows like The Voice, American Idol, and America's Got Talent, and The Masked Singer which have a circus-like atmosphere and from which nobody ever becomes a star.

Recording artists who are serious about music don't waste their time on circus shows on network TV and release music through Ditto Music of England which has conquered the new internet-based music business like Tunecore of Brooklyn, New York, CD Baby of Portland, Oregon, and Mondotunes/Octiive of Huntington Beach, California in Orange County.

## VIII.) COUNT FOUR: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS/CONTRACTS

33.) Because the plaintiff is a musician who conducts business with Amazon through Ditto Music of England, the plaintiff argues that larger companies like NFL and Toyota try to interfere with smaller companies like Ditto Music by trying to monopolize Amazon, Apple, and YouTube in what the plaintiff describes to be an Antitrust Violation perhaps involving the Sherman or Clayton Act as larger companies like the NFL and Toyota try to drive smaller companies like independent musicians out of the market so that it would benefit major record labels d/b/a Universal, Sony, and Warner Music Group (WMG) all of which are in privity of contract with NFL, Toyota, and larger companies that advertise on Cable TV or Peacock streaming.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory judgment. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) The plaintiff is seeking **punitive, compensatory, treble, actual, presumed, and special damages** in the amount of $500,000,000,000 for the commission of the aforementioned torts involving **Federal Tort Claims Act (FTCA) and Restatement (Third) of Torts**.

B.) The plaintiff is seeking **expectation, reliance, restitution, incidental, and consequential damages** for the commission of tortious interference with business relations/contacts which is substantially similar to material breach of contract despite the **Gist of the Action Doctrine** separating tort issues and contract issues for purposes of litigation.

C.) In addition, the plaintiff is seeking a preliminary injunction as an equitable remedy pursuant to **Rule 65 of Federal Rules of Civil Procedure (FRCP)** precluding and/or enjoying the defendants from advertising to the plaintiff on Cable TV broadcasts.

D.) In addition, the plaintiff is seeking a declaratory judgment pursuant to **Rule 57 of Federal Rules of Civil Procedure (FRCP)** as a statement of the law that advertising with artificial intelligence (AI) and algorithms to spy on consumers for purposes of increasing the company's stock price in **over-the-counter markets (OTC) or federal stock exchange (NYSE)** or driving smaller companies out of business is an Antitrust violation perhaps involving the misdemeanors of trespass, stalking, harassment, and maybe voyeurism if these companies have employees conducting surveillance on consumers..

Respectfully submitted,

Ronald Satish Emrit

5108 Cornelias Prospect Drive

Bowie, Maryland 20720

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com





Attn: Clerk of the Court
U.S. District Court of Alaska
222 West 7th Avenue
Room 229
Box/Suite # 4
Anchorage, Alaska 99513